UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dina Joanne Tackett,

    Plaintiff,

v.                                        Case No. 2:14–cv–970

Commissioner of Social Security,       Judge Michael H. Watson

    Defendant.

## ORDER

On August 17, 2015, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Dina Joanne Tackett's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 12. Judge Deavers recommended that the Court reverse the Commissioner's non-disability finding and remand the case to the Commissioner and the Administrative Law Judge ("ALJ") pursuant to Sentence Four of 42 U.S.C. § 405(g) for further fact finding and clarification of the ALJ's findings at step three. *Id.* at 17.

Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 17. Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the

District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 18. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and the case is remanded to the Commissioner and the ALJ.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT